```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Sansome Street, Suite 600
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF BAY AREA ROOFERS, et al.,<br><br>       Plaintiffs,<br><br>   vs.<br><br>HOLMBERG ROOFING, etc.,<br><br>       Defendant. | NO.  C 04 4773 EDL<br><br>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

IT IS ORDERED that the Case Management Conference in this case set for June 28, 2005 be continued to August 30, 2005 at 10:00 a.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: June 22, 2005                      _____
                                          Magistrate Judge Elizabeth D. Laporte

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Elizabeth D. Laporte]*

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE